**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-29896 |
| | § | |
| RAQUEL MARTINEZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $95,907.50 | Assets Exempt: | $22,822.48 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,514.24 | Claims Discharged Without Payment: | $14,599.45 |
| Total Expenses of Administration: | $3,470.63 | | |

3) Total gross receipts of $9,557.35 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $3,572.48 (see **Exhibit 2**), yielded net receipts of $5,984.87 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $188,140.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,470.63 | $3,470.63 | $3,470.63 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $16,836.00 | $17,113.69 | $17,113.69 | $2,514.24 |
| **Total Disbursements** | $204,976.00 | $20,584.32 | $20,584.32 | $5,984.87 |

4). This case was originally filed under chapter 7 on 08/31/2015. The case was pending for 23 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/06/2017                    By:   /s/ David P. Leibowitz
                                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

USTForm 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Unscheduled 2015 Federal & State Tax Refund | 1224-000 | $7,557.35 |
| MB Financial Bank Account (6858) | 1229-000 | $2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,557.35** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| RAQUEL MARTINEZ | Funds to Third Parties | 8500-002 | $3,572.48 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,572.48** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer | 4110-000 | $188,140.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$188,140.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,348.49 | $1,348.49 | $1,348.49 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $18.43 | $18.43 | $18.43 |
| Green Bank | 2600-000 | NA | $32.50 | $32.50 | $32.50 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,067.50 | $2,067.50 | $2,067.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $3.71 | $3.71 | $3.71 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$3,470.63** | **$3,470.63** | **$3,470.63** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

USTForm 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Illinois Toll Highway Authority | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | City of Chicago Department of Finance | 7100-000 | $625.00 | $239.55 | $239.55 | $35.19 |
| 2 | Blitt and Gaines, P.C. | 7100-000 | $16,211.00 | $16,874.14 | $16,874.14 | $2,479.05 |
| | Nationwide Cac Llc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ocwen Loan Servicing L | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | T-Mobile | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $16,836.00 | $17,113.69 | $17,113.69 | $2,514.24 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1  Exhibit 8

| Case No.: | 15-29896 | | | Trustee Name: | David Leibowitz |
| Case Name: | MARTINEZ, RAQUEL | | | Date Filed (f) or Converted (c): | 08/31/2015 (f) |
| For the Period Ending: | 7/6/2017 | | | §341(a) Meeting Date: | 10/19/2015 |
| | | | | Claims Bar Date: | 04/28/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  809 South Campbell Chicago, Illinois two unit | $106,920.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor's 1/2 interest per Amended Schedule A Docket 13 | | | | | |
| 2  Cash on Self | $50.00 | $0.00 | | $0.00 | FA |
| 3  MB Financial Bank Account (6858) (u) | $3,500.00 | $3,500.00 | | $2,000.00 | FA |
| **Asset Notes:** Scheduled as $3500 in Debtor's amended Schedule B - balance appears to be husband's asset | | | | | |
| 4  3 beds, sofa, Table, Chairs, TV | $400.00 | $0.00 | | $0.00 | FA |
| 5  necessary wearing apparel | $300.00 | $0.00 | | $0.00 | FA |
| 6  2014 Federal Tax Refund | $3,575.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** prior year's tax refund was spent | | | | | |
| 7  2014 Illinois Tax Refund | $412.50 | $0.00 | | $0.00 | FA |
| **Asset Notes:** prior year's tax income was spent | | | | | |
| 8  Unscheduled 2015 Federal & State Tax Refund (u) | $0.00 | $3,984.87 | | $7,557.35 | FA |
| **Asset Notes:** Debtor to remit $3,984.87 (Intercepted full tax refund, and will return $3,572.48 to Debtor) | | | | | |

**TOTALS (Excluding unknown value)**

|  |  |  |  | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $115,157.50 | $7,484.87 | | $9,557.35 | $0.00 |

---

**Major Activities affecting case closing:**

04/20/2017   TFR hearing - granted
03/07/2017   Ready for TFR

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2017 | **Current Projected Date Of Final Report (TFR):** | /s/ DAVID LEIBOWITZ |
|---|---|---|---|
| | | | DAVID LEIBOWITZ |

| Case No.: | 15-29896 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | MARTINEZ, RAQUEL | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6103 | | | Checking Acct #: | ******9601 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 8/31/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/6/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/20/2016 | (3) | Raquel Martinez | Debtor's non-exempt funds in bank account | 1229-000 | $2,000.00 | | $2,000.00 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.14 | $1,998.86 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.01 | $1,995.85 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.22 | $1,992.63 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.21 | $1,989.42 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.10 | $1,986.32 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.10 | $1,983.22 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.20 | $1,980.02 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.19 | $1,976.83 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.29 | $1,973.54 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.97 | $1,970.57 |
| 11/30/2016 | | United States Treasury | Debtor's 2015 Tax Refund | * | $7,557.35 | | $9,527.92 |
| | {8} | | Estate portion of income tax refund     $3,984.87 | 1224-000 | | | $9,527.92 |
| | {8} | | Debtor's portion of income tax refund    $3,572.48 | 1280-002 | | | $9,527.92 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.07 | $9,524.85 |
| 12/02/2016 | 3001 | RAQUEL MARTINEZ | Debtor's Portion of 2015 Tax Refund | 8500-002 | | $3,572.48 | $5,952.37 |
| 04/25/2017 | 3002 | Lakelaw | Claim #: ; Amount Claimed: $3.71; Distribution Dividend: 100.00%; | 3120-000 | | $3.71 | $5,948.66 |
| 04/25/2017 | 3003 | Lakelaw | Claim #: ; Amount Claimed: $2,067.50; Distribution Dividend: 100.00%; | 3110-000 | | $2,067.50 | $3,881.16 |
| 04/25/2017 | 3004 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,348.49 | $2,532.67 |
| 04/25/2017 | 3005 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $18.43 | $2,514.24 |
| 04/25/2017 | 3006 | City of Chicago Department of Finance | Claim #: 1; Amount Claimed: $239.55; Distribution Dividend: 14.69%; | 7100-000 | | $35.19 | $2,479.05 |
| 04/25/2017 | 3007 | Blitt and Gaines, P.C. | Claim #: 2; Amount Claimed: $16,874.14; Distribution Dividend: 14.69%; | 7100-000 | | $2,479.05 | $0.00 |

SUBTOTALS        $9,557.35        $9,557.35

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-29896 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | MARTINEZ, RAQUEL | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6103 | | | Checking Acct #: | ******9601 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 8/31/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/6/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $9,557.35 | $9,557.35 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $9,557.35 | $9,557.35 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $9,557.35 | $9,557.35 | |

**For the period of 8/31/2015 to 7/6/2017**

| | |
|---|---|
| Total Compensable Receipts: | $5,984.87 |
| Total Non-Compensable Receipts: | $3,572.48 |
| Total Comp/Non Comp Receipts: | $9,557.35 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,984.87 |
| Total Non-Compensable Disbursements: | $3,572.48 |
| Total Comp/Non Comp Disbursements: | $9,557.35 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/20/2016 to 7/6/2017**

| | |
|---|---|
| Total Compensable Receipts: | $5,984.87 |
| Total Non-Compensable Receipts: | $3,572.48 |
| Total Comp/Non Comp Receipts: | $9,557.35 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,984.87 |
| Total Non-Compensable Disbursements: | $3,572.48 |
| Total Comp/Non Comp Disbursements: | $9,557.35 |
| Total Internal/Transfer Disbursements: | $0.00 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-29896 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MARTINEZ, RAQUEL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6103 | Checking Acct #: | ******9601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/31/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/6/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $9,557.35 | $9,557.35 | $0.00 |

**For the period of 8/31/2015 to 7/6/2017**

| | |
|---|---|
| Total Compensable Receipts: | $5,984.87 |
| Total Non-Compensable Receipts: | $3,572.48 |
| Total Comp/Non Comp Receipts: | $9,557.35 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,984.87 |
| Total Non-Compensable Disbursements: | $3,572.48 |
| Total Comp/Non Comp Disbursements: | $9,557.35 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/31/2015 to 7/6/2017**

| | |
|---|---|
| Total Compensable Receipts: | $5,984.87 |
| Total Non-Compensable Receipts: | $3,572.48 |
| Total Comp/Non Comp Receipts: | $9,557.35 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,984.87 |
| Total Non-Compensable Disbursements: | $3,572.48 |
| Total Comp/Non Comp Disbursements: | $9,557.35 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ